HARRINGTON v. COLLINS

No. 127 PC.

No. 57 (Fall Term)

Case below: 40 N.C. App. 530.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 5 June 1979.

HARRIS v. HARRIS

No. 86 PC.

Case below: 40 N.C. App. 26.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 5 June 1979 without prejudice to the right of plaintiff to institute further proceedings in garnishment to recover arrearages, if any, and current and future payments, if appropriate, in child support payments.

HASTY v. CARPENTER

No. 107 PC.

Case below: 40 N.C. App. 261.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 June 1979.

HEATH v. BOARD OF COMMISSIONERS

No. 103 PC.

Case below: 40 N.C. App. 233.

Petition by defendant and third-party plaintiff for discretionary review under G.S. 7A-31 denied 5 June 1979.

HEATH v. SWIFT WINGS, INC.

No. 108 PC.

Case below: 40 N.C. App. 158.

Petitions by plaintiff and defendant for discretionary review under G.S. 7A-31 denied 5 June 1979. Motion of plaintiff to dismiss defendant's appeal for lack of substantial constitutional question allowed 5 June 1979.